**Order filed May 18, 2018**



In The

# Fourteenth Court of Appeals

_____

NO. 14-18-00293-CV
NO. 14-18-00294-CV
NO. 14-18-00295-CV

_____

**IN THE INTEREST OF K.L.B. a/k/a K.L.M., A CHILD**

**IN THE INTEREST OF K.J.M., A CHILD**

**IN THE INTEREST OF N.D.D., A CHILD**

---

**On Appeal from the 246th District Court
Harris County, Texas
Trial Court Cause Nos. 2013-00785, 2016-32301, and 2016-62702**

---

## ORDER

These are accelerated appeals from a judgment in a suit in which the termination of the parent-child relationship is at issue. The appellant in each appeal is the Texas Department of Family and Protective Services ("the Department").

The Department's briefs in appeal numbers 14-18-00293-CV and 14-18-00295-CV were due May 15, 2018. The Department's brief in appeal number 14-

18-00294-CV was due May 17, 2018. No brief has been filed.

Appeals in parental termination cases and child protection cases are to be brought to final disposition within 180 days of the date the notice of appeal is filed. *See* Tex. R. Jud. Admin. 6.2(a) (effective May 1, 2012). This accelerated schedule requires greater compliance with briefing deadlines.

If the Department does not file a brief in these appeals by **May 29, 2018**, we will dismiss the appeals for lack of prosecution. *See* Tex. R. App. P. 38.8(a)(1).

PER CURIAM